Dismissal with prejudice approved 4/25/18.
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATHAN B. SWIFT, | ) | CASE NO. 1:18-cv-00385 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| v. | ) | |
| | ) | |
| PREVENT BIOMETRICS, INC., | ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Nathan B. Swift, by and through his counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A), hereby dismisses, with prejudice, any and all claims in this matter. Each party shall bear its own expenses, fees and costs.

Respectfully submitted,

/s/ Max E. Dehn
Max E. Dehn (0079600)
CAVITCH, FAMILO & DURKIN CO., L.P.A.
Twentieth Floor
1300 East Ninth Street
Cleveland, Ohio 44114
Telephone: (216) 621-7860
Facsimile: (216) 621-3415
Email: mdehn@cavitch.com

***Attorney for Plaintiff***